## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL R. STEINWAY and
PEGGY A. STEINWAY and
DAVID W. CROWELL,

      Plaintiffs,

v.

THE VILLAGE OF PONTOON BEACH,
a Municipal Corporation; and in their
individual and official capacities,
VILLAGE OF PONTOON BEACH, ILLINOIS,
POLICE CHIEF CHARLES LEUHMANN,
PATROLMAN JOHN SIMMONS #062, and
LIEUTENANT DAN ABLE, #053,

      Defendants.                    Case No. 06-cv-1043-DRH

## ORDER

**HERNDON, District Judge:**

In an effort of continuing case management, the Court notes that there are two pending Motions to Dismiss (Docs. 8 & 19) that have been filed by Defendants in this matter and, to date, it appears Plaintiffs have made no attempt to file a Response. Under **CIVIL LOCAL RULE 7.1(c)**, "[f]ailure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion." Accordingly, the Court allows Plaintiffs until **Monday, April 16, 2007** to file their Responses to Defendants' Motions to Dismiss (Docs. 8 & 19). If Plaintiffs do not file their Responses by this new deadline or fail to obtain a further

extension of time to file from the Court, the Court, in its discretion pursuant to **CIVIL**

**LOCAL RULE 7.1(c)**, will deem this an admission of the merits of Defendants' Motions

(Docs. 8 & 19) and thereby grant the Motions to Dismiss (unless, of course, it is

patently clear from the record and applicable law that Defendants' arguments have

absolutely no legal merit).

**IT IS SO ORDERED.**

Signed this 30th day of March, 2007.

/s/     David  RHerndon
**United States District Judge**