IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL R. STEINWAY and
PEGGY A. STEINWAY and
DAVID W. CROWELL,

    Plaintiffs,

v.

THE VILLAGE OF PONTOON BEACH,
a Municipal Corporation; and in their
individual and official capacities,
VILLAGE OF PONTOON BEACH, ILLINOIS,
POLICE CHIEF CHARLES LEUHMANN,
PATROLMAN JOHN SIMMONS #062, and
LIEUTENANT DAN ABLE, #053,

    Defendants.    Case No. 06-cv-1043-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is Plaintiff's Motion to Voluntarily Dismiss Punitive Damages Claims Against Individual Defendants Police Chief Charles Leuhmann, Patrolmen John Simmons, #062, and Lieutenant Dan Able, #053 (Doc. 41). Specifically, Plaintiff moves for voluntary dismissal of his punitive damages claims against said Defendants, as alleged in Counts 1 through 8 of his Complaint. Defendants have not opposed said Motion. For good cause, Plaintiff's Motion (Doc. 41) is **GRANTED**, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**.

Accordingly, Plaintiff's punitive damages claims against Defendants Police Chief Charles Leuhmann, Patrolmen John Simmons, #062, and Lieutenant Dan Able, #053, as pled in Counts 1 through 8 of his Complaint (Doc. 2), are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 18th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**