IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL R. STEINWAY, PEGGY A.
STEINWAY and DAVID W. CROWELL,

    Plaintiffs,

  -vs-

VILLAGE OF PONTOON BEACH, a
municipal corporation, CHARLES
LUEHMANN, Illinois Police Chief,
in his individual and official capacity,
JOHN SIMMONS, Patrolman, in his
individual and official capacity, and
DAN ABLE, Lieutenant, in his
individual and official capacity,

    Defendants.               No. 06-CV-1043-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court on Stipulation of Dismissal filed on April 28, 2010.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 4, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                            NANCY J. ROSENSTENGEL,
                            CLERK OF COURT


                        BY:      /s/*Sandy Pannier*
                                  **Deputy Clerk**

Dated: May 5, 2010


APPROVED:  /s/ *David R Herndon*
               CHIEF JUDGE
               U. S. DISTRICT COURT